GARTH HIRE (CABN 187330)
Duane Morris LLP
Spear Tower
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Telephone:    +1 415 957 3000
Facsimile:    +1 415 957 3001
Email:          GHire@duanemorris.com

Attorney for Claimant
UNI-TILE & MARBLE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE APPLICATION FOR A RESTRAINING ORDER CONCERNING UNI-TILE & MARBLE | No. 4:24-cv-03462-HSG<br><br>STIPULATION AND ORDER TO DISMISS |
|---|---|

The parties have met and conferred and agreed to abide by the terms of the substitute res agreement and have also agreed that court oversight is not required to ensure compliance. Accordingly, the parties agree and stipulate that this matter should be dismissed.

IT IS SO STIPULATED.

                                              CRAIG H. MISSAKIAN
                                              United States Attorney

DATED: June 19, 2025                       /S/   *Christiaan Highsmith*
                                              CHRISTIAAN HIGHSMITH
                                              Assistant United States Attorney

DATED:  June 19, 2025                      /S/ *Garth Hire*
                                              GARTH HIRE
                                              Attorney for Claimant Xin Mian Pan

## ORDER

FOR GOOD CAUSE SHOWN, and for the reasons set forth by the parties above, the Court hereby orders this matter DISMISSED.

DATED: June 20, 2025                               *[signature]*
                                              HON. HAYWOOD S. GILLIAM, JR.
                                              UNITED STATES DISTRICT JUDGE

DM1\16755301.1